UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CV-308-F

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, for the use of PRECISION WALLS, INC., Plaintiff, | ) ) ) ) | |
| vs. | ) ) | ORDER |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZURICH AMERICAN INSURANCE COMPANY; CADDELL CONSTRUCTION CO., INC.; W.G. YATES & SONS CONSTRUCTION COMPANY; and CADDELL YATES JOINT VENTURE, Defendants. | ) ) ) ) ) ) ) ) ) ) | |

This matter is before the court on the Parties' Joint Motion for Stay of the Proceedings [DE-13]. The parties indicate in the motion that prior to the commencement of this action, Precision Walls, Inc., had engaged in negotiations with Caddell Construction Company, Inc., W.G. Yates & Sons Construction Company, and Caddell Yates Joint Venture (collectively, "CYJV"). The parties also indicate that Precision Walls and CYJV have reached an agreement providing for the continuation of their negotiations, and in the event the claims cannot be resolved by negotiation, for binding arbitration of Precision Walls' claims. The motion indicates that the remaining parties to this action also agree to binding arbitration of all of Precision Walls' claims in this action, if they are not first resolved by the negotiations between CYJV and Precision Walls.

For the reasons stated therein, the parties' Joint Motion for Stay of the Proceedings [DE-

13] is ALLOWED, and this action is STAYED pending negotiations between Precision Walls and CYJV, and if negotiations are not successful, binding arbitration if necessary. The parties are DIRECTED to submit a status report regarding their negotiations and/or arbitration proceedings no later than 90 days from the filing date of this order, and every 90 days thereafter, until such negotiations and/or arbitration proceedings are concluded.

SO ORDERED. This the 8th day of November, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge